# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. Williams

FOR: FILED AT MAY 22 2008 MARTIN C. ASHMAN UNITED STATES MAGISTRATE JUDGE UNITED STATES DISTRICT COURT

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

PERSON REPRESENTED (Show your full name): 

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

LOCATION NUMBER:

DOCKET NUMBERS
Magistrate:
District Court: 08CR 401-9
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed — Does some landscaping 300/month
- Name and address of employer: 
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment: 2006. How much did you earn per month? $ 1,200
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 1,200
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — N/A

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE: $3,000  DESCRIPTION: '92 Buick

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ MARRIED (☐ SINGLE, ☐ WIDOWED, ☐ SEPARATED OR DIVORCED)
Total No. of Dependents: 7

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
| | APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|---|
| 1. | Rent | | $ | $ 850 |
| 2. | Utilities | | $ | $ 100 |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5-22-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  Corey Williams